Alan Harris (SBN 146079)
Matthew E. Kavanaugh (SBN 239961)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
aharris@harrisandruble.com
mkavanaugh@harrisandruble.com

E-FILED 02/18/11
JS-6

Attorneys for Plaintiff
David Lew

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ON LEW, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>J.C. PENNEY CORPORATION, INC., a Texas Corporation; HYBRID PROMOTIONS, LLC, d/b/a HYBRID APPAREL, d/b/a/ HYBRID TEES, a California Limited Liability Company<br><br>    Defendants. | Case No: CV 10-6751 PSG (AGRx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**<br><br>*Assigned for all purposes to the Honorable Philip S. Gutierrez* |

1
[PROPOSED] ORDER

1  IT IS HEREBY ORDERED, upon review of the Stipulation of Dismissal filed herewith
2  by the Parties, and upon good cause showing, that the pending action is hereby dismissed
3  in its entirety with prejudice.  Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

DATED: __02/18/11__              PHILIP S. GUTIERREZ
                                                        Hon. Philip S. Gutierrez
                                                        United States District Court Judge